```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIE S. COMPERE,

                Plaintiff,

    - against -

MTGLQ INVESTORS LP, et al.,

                Defendants.

23 Civ. 4669 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of the above-captioned matter, the Court notes that defendants MTGLQ Investors LP ("MTGLQ") and Selene Finance LP ("Selene") removed this action from the Supreme Court of the State of New York, Rockland County on June 2, 2023. (See Dkt. No. 2.) On June 13, 2023, consistent with the Court's Individual Practices, counsel for MTGLQ and Selene sent counsel for plaintiff Marie S. Compere ("Plaintiff") a pre-motion letter regarding their anticipated motion to dismiss. (See Dkt. No. 11.) On July 5, 2023, counsel for defendant McCalla Raymer Leibert Pierce LLC also sent counsel for Plaintiff a pre-motion letter regarding its anticipated motion to dismiss. (See Dkt. No. 13.) Since the date of removal, Plaintiff has not appeared in this action, and since July 12, 2023, there has been no other communication with the Court. Accordingly, it is hereby

**ORDERED** that the parties shall submit a joint letter within ten (10) days of the date of this Order regarding the status of this matter and contemplation of further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   14 September 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.